UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____

| | | |
|---|---|---|
| THOMAS M. COOLEY LAW SCHOOL, a Michigan nonprofit corporation, | X : : | Index No.:  11-cv-0844 |
| Plaintiff, | : : : | |
| -against- | : : : : | |
| KURZON STRAUSS LLP, a New York Limited Liability Partnership, DAVID ANZISKA and JESSE STRAUSS, | : : : : | |
| Defendants. | : : | |

_____ X

**DEFENDANTS KURZON STRAUSS LLP, DAVID ANZISKA AND JESSE STRAUSS' RULE 12(B)(6) MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Kurzon Strauss LLP, David Anziska and Jesse Strauss, by and through undersigned counsel, hereby move this Court to dismiss the claims against them on the grounds that the Complaint fails to state a claim upon which relief can be granted.  The grounds for this Motion are fully set forth in the accompanying Memorandum.

August 17, 2011                              RESPECTFULLY SUBMITTED,

By:    /s/ Jesse Strauss_____
Jesse Strauss (NY 4182002)
**Kurzon Strauss LLP**
305 Broadway, 9th Floor
New York, NY 10007
jesse@kurzonstrauss.com
Phone (212) 822-1496
Facsimile (212) 822-1407

Steven Hyder (P69875)
**The Hyder Law Firm, PC**

PO Box 2242
Monroe, MI 48161
hyders@hyderlawfirm.com
Phone (734) 757-4586
*Local Counsel*