UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

THOMAS M. COOLEY LAW SCHOOL,

    Plaintiff,

v.                                    CASE NO. 1:11-CV-844

KURZON STRAUSS LLP, DAVID
ANZISKA, and JESSE STRAUSS,      HON. ROBERT HOLMES BELL

    Defendants.
_____/

## ORDER OF RECUSAL

    This matter having been removed to this Court on August 11, 2011, and this judge having been an adjunct professor at Cooley Law School from 2009 thru 2011, hereby **RECUSES** himself from further involvement in this matter, effective immediately.

    Pursuant to Administrative Order 07-193, upon the filing of an order of recusal, the Clerk's office shall automatically reassign this case to another district judge in accordance with the approved procedure and assign this judge another case in its place.

Dated: August 24, 2011                        /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE