UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS M. COOLEY LAW SCHOOL, | HONORABLE PAUL L. MALONEY |
| Plaintiff, | Case No. 1:11-cv-844 |
| v. | |
| KURZON STRAUSS, LLP, et al., | |
| Defendants. _____/ | |

## ORDER OF RECUSAL

I must recuse myself from further involvement in this matter under 28 U.S.C. § 455. Pursuant to Administrative Order 07-193, the Clerk's Office shall reassign this case to another district judge in accordance with the approve procedure and assign this judge another case in its stead.

**IT IS SO ORDERED**.

Date: August 26, 2011

　/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge