UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

Case No.:  1:11cv844
Case Caption:  Thomas M. Cooley Law School v. Kurzon Strauss LLP et al.

Date:  November 17, 2011 at 2:00 p.m. to 3:05 p.m.
Place: Grand Rapids, MI
Judge: Hon. Robert J. Jonker

Appearances for Plaintiff:  Michael P. Coakley, Brad H. Sysol and James B. Thelen
Appearances for Defendant:  Jesse Strauss and Steven Hyder

**PROCEEDINGS**

**NATURE OF HEARING:**  Pending motions heard.  Rule 16 Scheduling Conference held.  Orders to follow.

Clerk:  Mike Azzi
Case Manager:  Melva I. Ludge
Court Reporter:  Glenda Trexler