UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THOMAS M. COOLEY LAW SCHOOL,

       Plaintiff,

                                    CASE NO. 1:11-CV-844

v.

                                      HON. ROBERT J. JONKER

KURZON STRAUSS, LLP, DAVID
ANZISKA, and JESSE STRAUSS,

       Defendants.

_____/


**<u>ORDER</u>**

       This matter is before the Court on Defendants' Motion to Dismiss (docket # 5), Motion for

Sanctions and to Strike Plaintiff's Bad Faith Allegations (docket # 8), and Motion to Substitute Party

(docket # 25). The Court heard oral argument on all three motions during a Rule 16 Conference on

November 17, 2011. Based on its review of the record, and for the reasons stated in detail during

the hearing,

       **IT IS ORDERED**:

    1.     Defendants' Motion to Dismiss (docket # 5) is **DENIED**;

    2.     Defendants' Motion for Sanctions and to Strike Plaintiff's Bad Faith Allegations

          (docket # 8) is **DENIED**; and

    3.     Defendants' Motion to Substitute Party (docket # 25) is **DENIED** without prejudice.


Dated:     November 21, 2011         /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE